No. 1115. HENDERSON, WARDEN *v.* PRYOR. C. A. 6th Cir. Motion to dispense with printing petition denied and the Clerk is directed to proceed under Rule 39 (4) of the Rules of this Court. MR. JUSTICE BLACK dissents.

No. 1574, Misc. LUPINO *v.* YOUNG, WARDEN;
No. 1669, Misc. MADISON *v.* WASHINGTON ET AL.; and
No. 1723, Misc. STONE *v.* TRUJILLO, SHERIFF, ET AL. Motions for leave to file petitions for writs of habeas corpus denied.

No. 1113. TELEPHONE USERS ASSOCIATION, INC. *v.* PUBLIC SERVICE COMMISSION OF THE DISTRICT OF COLUMBIA ET AL. C. A. D. C. Cir. Motion to dispense with printing petition denied and the Clerk is directed to proceed under Rule 39 (4) of the Rules of this Court. *Arthur S. Curtis* on the motion.